Eastern District of Kentucky
FILED
AUG 24 2023
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

UNITED STATES OF AMERICA

V.                                                    INDICTMENT NO. 7:23-CR-016-KKC

GREGORY HOWARD and
JESSE MURRELL JR.

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

### COUNT 1
### 21 U.S.C. § 846

On or about a date in March 2022, the exact date unknown, and continuing through on or about August 17, 2023, in Magoffin County, in the Eastern District of Kentucky, and elsewhere,

**GREGORY HOWARD and
JESSE MURRELL JR.**

did conspire together and with others to knowingly and intentionally distribute a quantity of pills containing oxycodone, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

### COUNT 2
### 21 U.S.C. § 841(a)(1)

On or about May 12, 2023, in Magoffin County, in the Eastern District of Kentucky,

**JESSE MURRELL JR.**

did knowingly and intentionally distribute a quantity of pills containing oxycodone, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 3
## 21 U.S.C. § 841(a)(1)

On or about May 15, 2023, in Magoffin County, in the Eastern District of Kentucky,

**JESSE MURRELL JR.**

did knowingly and intentionally distribute a quantity of pills containing oxycodone, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 4
## 21 U.S.C. § 841(a)(1)

On or about May 31, 2023, in Magoffin County, in the Eastern District of Kentucky,

**GREGORY HOWARD**

did knowingly and intentionally distribute a quantity of pills containing oxycodone, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 5
## 21 U.S.C. § 841(a)(1)

On or about June 2, 2023, in Magoffin County, in the Eastern District of Kentucky,

**JESSE MURRELL JR.**

did knowingly and intentionally distribute a quantity of pills containing oxycodone, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 6
## 21 U.S.C. § 841(a)(1)

On or about June 5, 2023, in Magoffin County, in the Eastern District of Kentucky,

**GREGORY HOWARD**

did knowingly and intentionally distribute a quantity of pills containing oxycodone, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 7
## 21 U.S.C. § 841(a)(1)

On or about June 9, 2023, in Magoffin County, in the Eastern District of Kentucky,

**GREGORY HOWARD**

did knowingly and intentionally distribute a quantity of pills containing oxycodone, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 8
## 21 U.S.C. § 841(a)(1)

On or about June 13, 2023, in Magoffin County, in the Eastern District of Kentucky,

**GREGORY HOWARD**

did knowingly and intentionally distribute approximately 27 pills containing oxycodone, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 9
## 21 U.S.C. § 841(a)(1)

On or about June 13, 2023, in Magoffin County, in the Eastern District of Kentucky,

**GREGORY HOWARD**

did knowingly and intentionally distribute approximately 10 pills containing oxycodone, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 10
## 21 U.S.C. § 841(a)(1)

On or about June 16, 2023, in Magoffin County, in the Eastern District of Kentucky,

**GREGORY HOWARD**

did knowingly and intentionally distribute a quantity of pills containing oxycodone, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 11
**21 U.S.C. § 841(a)(1)**

On or about June 19, 2023, in Magoffin County, in the Eastern District of Kentucky,

**GREGORY HOWARD**

did knowingly and intentionally distribute a quantity of pills containing oxycodone, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 12
**21 U.S.C. § 841(a)(1)**

On or about June 22, 2023, in Magoffin County, in the Eastern District of Kentucky,

**GREGORY HOWARD**

did knowingly and intentionally distribute a quantity of pills containing oxycodone, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 13
**21 U.S.C. § 841(a)(1)**

On or about June 26, 2023, in Magoffin County, in the Eastern District of Kentucky,

**GREGORY HOWARD**

did knowingly and intentionally distribute a quantity of pills containing oxycodone, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 14
**21 U.S.C. § 841(a)(1)**

On or about June 30, 2023, in Magoffin County, in the Eastern District of Kentucky,

**GREGORY HOWARD**

did knowingly and intentionally distribute a quantity of pills containing oxycodone, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

### COUNT 15
### 21 U.S.C. § 841(a)(1)

On or about July 7, 2023, in Magoffin County, in the Eastern District of Kentucky,

**GREGORY HOWARD**

did knowingly and intentionally distribute controlled substances, including a quantity of pills containing oxycodone, a Schedule II controlled substance, and a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

### COUNT 16
### 21 U.S.C. § 841(a)(1)

On or about July 25, 2023, in Magoffin County, in the Eastern District of Kentucky,

**GREGORY HOWARD**

did knowingly and intentionally distribute a quantity of pills containing oxycodone, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

### COUNT 17
### 21 U.S.C. § 841(a)(1)

On or about August 3, 2023, in Magoffin County, in the Eastern District of Kentucky,

**GREGORY HOWARD**

did knowingly and intentionally distribute a quantity of pills containing oxycodone, a

Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## FORFEITURE ALLEGATIONS
## 21 U.S.C. § 853

1.  By virtue of the commission of the felony offenses alleged in Counts 1 through 17 of the Indictment, **GREGORY HOWARD** shall forfeit to the United States any and all property used, or intending to be used, to commit and/or to facilitate the commission of the violations of 21 U.S.C. §§ 846 and 841 and any and all property constituting proceeds obtained directly or indirectly as a result of the commission of these violations. Any and all interest that **GREGORY HOWARD** has in this property is vested in and forfeited to the United States pursuant to 21 U.S.C. § 853.

2.  The property to be forfeited includes. but is not limited to. the following:

    **CURRENCY:**
    1. $14,540.00 in United States currency seized on March 24, 2022; and
    2. $23,170.00 in United States currency seized on August 17, 2023.

    **REAL PROPERTY:**
    Real property known as 8035 Bloomington Road, Salyersville, Magoffin County, Kentucky, and conveyed to Gregory Howard by Deed recorded at Deed Book 195, Page 299, in the office of the Magoffin County Court Clerk.

3.  If any of the property listed above, as a result of any act or omission of the Defendant(s), (A) cannot be located upon the exercise of due diligence; (B) has been transferred or sold to, or deposited with, a third party; (C) has been placed beyond the jurisdiction of the court; (D) has been substantially diminished in value; or (E) has been commingled with other property which cannot be divided without difficulty, the United States shall be entitled to forfeit substitute property pursuant to 21 U.S.C. § 853(p).

A TRUE BILL

FOREPERSON

*[signature]* for
CARLTON S. SHIER IV
UNITED STATES ATTORNEY

# PENALTIES

## COUNT 1-17

Not more than 20 years imprisonment, not more than a $1,000,000 fine, and at least 3 years supervised release.

### If Prior Felony Drug Offense:
Not more than 30 years imprisonment, not more than a $2,000,000 fine, and at least 6 years supervised release.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Forfeiture of listed items.