Eastern District of Kentucky
**FILED**

AUG 24 2023

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

CRIMINAL ACTION NO. 7:23-016-KKC

UNITED STATES OF AMERICA      PLAINTIFF

V.      **MOTION OF UNITED STATES
FOR ISSUANCE OF ARREST WARRANTS**

**GREGORY HOWARD** and
**JESSE MURRELL JR.**      DEFENDANTS

\* \* \* \* \*

The United States moves for the issuance of arrest warrants for the presence of the Defendants, **GREGORY HOWARD** and **JESSE MURRELL JR**, returnable forthwith.

Respectfully submitted,

CARLTON S. SHIER IV
UNITED STATES ATTORNEY

By: /s/ Andrew H. Trimble

Andrew H. Trimble
Assistant United States Attorney
601 Meyers Baker Rd. Suite 200
London, KY 40741
(606) 330-4838
Andrew.Trimble@usdoj.gov